## PUBLIC ROAD.

· Petitioners for a public road are not proper commissioners.

In the matter of a road return in Kent county.

On the petition of sundry persons, praying an order to change the course of a certain public road, and a return changing the road accordingly; it was excepted to this return, that four of the five freeholders appointed were petitioners for the road, and therefore not impartial.

The return was set aside for this cause.